UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONNA JULIAN, | Case No. 3:26-cv-00058-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| SAVE MART SUPERMARKETS, LLC, | |
| Defendant. | |

This case comes before this Court through Defendant Save Mart Supermarkets, LLC's Petition for Removal. (ECF No. 1 ("Petition").) Plaintiff Donna Julian filed this action in the First Judicial District Court in Carson City, Nevada, seeking damages arising from an injury Plaintiff received while in a parking lot owned or leased by Defendant. (ECF No. 1-2.)

Defendant seeks to remove this case on the basis of diversity jurisdiction. District courts have original jurisdiction over civil actions between citizens of different states, and that have an amount in controversy greater than $75,000. 28 U.S.C. § 1332(a). Defendant is a LLC. Although corporations are citizens of any state in which they are incorporated or have their principal place of business, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). As "the party asserting diversity jurisdiction[, Defendant] bears the burden of proof." *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857-58 (9th Cir. 2001). Defendant has not met its burden because Defendant has failed to identify its members or clarify whether its members are citizens of different states.

///

///

///

It is therefore ordered that within 10 days of the date of this Order, Defendant must supplement its petition for removal with a document that identifies the state citizenship of each of its members. Plaintiff may file a response pursuant to Local Rule 7-2.

DATED THIS 17th Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2